**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re LISA SIMPSON

**Debtor(s)**            **Bankruptcy No:**
**CERTIFICATE OF SERVICE**    **15-11806 MDC**

**AND NOW,** comes Jenean Tucker from the office of William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that s/he served the attached Chapter 13 Standing Trustee's Notice of Final Cure Payment and Completion of Payments Under the Plan on the following parties:

A. at the address(es) listed below by first class mail, postage prepaid:

Creditor

PHFA LOAN SERVICING
211 N FRONT STREET
HARRISBURG PA 17101

Debtor LISA SIMPSON
5913 COLGATE STREET
PHILADELPHIA PA 19120

by electronic service only:

Debtor's Attorney

DAVE M. OFFEN
THE CURTIS CENTER
601 MARKET STREET
SUITE 160 WEST
PHILA PA 19106

U.S. Trustee

Frederic J. Baker, Esquire
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

/s/ Jenean Tucker
Office of William C. Miller, Esquire
Chapter 13 Standing Trustee

Dated 3/11/2020