United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 15-11806-mdc
Lisa S. Simpson                                                 Chapter 13
        Debtor             CERTIFICATE OF NOTICE

District/off: 0313-2        User: TashaD              Page 1 of 2              Date Rcvd: Apr 16, 2020
                            Form ID: 138NEW           Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2020.
db             +Lisa S. Simpson,    5913 Colgate Street,    Philadelphia, PA 19120-1205
cr             +Pennsylvania Housing Finance Agency,    c/o Leon P. Haller, Esq.,    1719 North Front Street,
                 Harrisburg, PA 17102-2305
13491127       +Blmdsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
13491129       +City of Philadelphia,    Bureau of Administrative Adjudication,    913 Filbert Street,
                 Philadelphia, PA 19107-3117
13504753       +Department Stores National Bank For Bloomingdales,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13504754       +Department Stores National Bank For Macys Branded,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13504752       +Department Stores National Bank For Macys Visa Bra,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13491132       +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
13491133       +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13491134       +Mcydsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
13491137        Phila Gas Works,    PO Box 11700,    Newark, NJ 07101-4700
13491138       +Sunrise Credit Service,    234 Airport Plaza Blvd S,    Farmingdale, NY 11735-3938
13491140       +Thd/Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
13491141       +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
13528339       +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013
13508025       +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, Pennsylvania 17101-1466
13491143       +Visdsnb,   9111 Duke Blvd,    Mason, OH 45040-8999

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Apr 17 2020 05:01:06     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 17 2020 05:00:11
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 17 2020 05:00:37     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13497513        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 17 2020 05:04:04
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,   PO Box 248848,
                 Oklahoma City, OK  73124-8848
13539369        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 17 2020 05:04:04
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
13491128        E-mail/Text: Bankruptcy.RI@Citizensbank.com Apr 17 2020 04:59:23     Citizens Bank,
                 1 Citizens Dr,    Riverside, RI 02915
13506464        E-mail/Text: Bankruptcy.RI@Citizensbank.com Apr 17 2020 04:59:23     Citizens Bank,
                 443 Jefferson Blvd,    RJW 135,   Warwick RI 02886
13590766        E-mail/Text: megan.harper@phila.gov Apr 17 2020 05:01:05     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13491130        E-mail/Text: megan.harper@phila.gov Apr 17 2020 05:01:05
                 City of Philadelphia, Law Department,    Municipal Services Building,
                 1401 JFK Boulevard, 5th Floor,    Philadelphia, PA 19102
13586023       +E-mail/Text: megan.harper@phila.gov Apr 17 2020 05:01:06
                 CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13491131        E-mail/Text: documentfiling@lciinc.com Apr 17 2020 04:58:50     Comcast Cable,   P.O. Box 3001,
                 Southeastern, PA 19398-3001
13571698        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 17 2020 05:05:05
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13491135       +E-mail/Text: blegal@phfa.org Apr 17 2020 05:00:18     Pa Housing Finance Age,   211 N Front St,
                 Harrisburg, PA 17101-1406
13491136       +E-mail/Text: bankruptcygroup@peco-energy.com Apr 17 2020 04:59:35     Peco Energy,
                 2301 Market Street,    Philadelphia, PA 19103-1380
13491139       +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2020 05:03:30     Syncb/Old Navy,   Po Box 965005,
                 Orlando, FL 32896-5005
13491142       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 17 2020 04:58:48
                 Verizon,   500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
13491145        E-mail/Text: megan.harper@phila.gov Apr 17 2020 05:01:06     Water Revenue Bureau,
                 1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0313-2          User: TashaD              Page 2 of 2               Date Rcvd: Apr 16, 2020
                              Form ID: 138NEW           Total Noticed: 34

13491144*      +Visdsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
                                                                                         TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2020 at the address(es) listed below:

```
              ANDREW F GORNALL     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Lisa S. Simpson dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              LEON P. HALLER     on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              LEON P. HALLER     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MARTIN A. MOONEY     on behalf of Creditor    Toyota Motor Credit Corporation
               lgadomski@schillerknapp.com,  kcollins@schillerknapp.com
              REBECCA ANN SOLARZ     on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.     on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Lisa S. Simpson
        Debtor(s)                                Bankruptcy No: 15–11806–mdc
                                                                        Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                              900 Market Street
                                  Suite 400
                            Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                          For The Court
                                                                        Timothy B. McGrath
                                                                         Clerk of Court

Dated: 4/16/20

                                                                                                           44 – 43
                                                                                       Form 138_new