IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| Lisa S. Simpson | : | No. 15-11806-MDC |
| Debtor | : | |

O R D E R

AND NOW, this 2nd day of June, 2020, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

cc:

William C. Miller, Esq., Trustee

David M. Offen, Esquire

Lisa S. Simpson

PAYROLL CONTROLLER
Eat'n Park Hospitality Group, Inc.
285 East Waterfront Drive
Homestead, PA 15120