United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lisa S. Simpson  
    Debtor

Case No. 15-11806-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: TashaD     Page 1 of 1     Date Rcvd: Jun 02, 2020  
                     Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2020.  
db         +Lisa S. Simpson,   5913 Colgate Street,   Philadelphia, PA 19120-1205  
              +Eat'n Park Hospitality Group, Inc,   285 East Waterfront Drive,   Homestead, PA 15120-5017

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2020                                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2020 at the address(es) listed below:  
         ANDREW F GORNALL     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...  
          agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         DAVID M. OFFEN     on behalf of Debtor Lisa S. Simpson dmo160west@gmail.com,  
          davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
         LEON P. HALLER     on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,  
          dmaurer@pkh.com;mgutshall@pkh.com  
         LEON P. HALLER     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,  
          dmaurer@pkh.com;mgutshall@pkh.com  
         MARTIN A. MOONEY     on behalf of Creditor    Toyota Motor Credit Corporation  
          lgadomski@schillerknapp.com,    kcollins@schillerknapp.com  
         REBECCA ANN SOLARZ     on behalf of Creditor    Pennsylvania Housing Finance Agency  
          bkgroup@kmllawgroup.com  
         THOMAS I. PULEO     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...  
          tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.     on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
          philaecf@gmail.com  
         WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                    TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE : | : | CHAPTER 13 |
| Lisa S. Simpson | : | No. 15-11806-MDC |
| Debtor | : | |

O R D E R

AND NOW, this **2nd** day of **June**, 2020, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

cc:

William C. Miller, Esq., Trustee

David M. Offen, Esquire

Lisa S. Simpson

PAYROLL CONTROLLER
Eat'n Park Hospitality Group, Inc.
285 East Waterfront Drive
Homestead, PA 15120