United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                        Case No. 15-11806-mdc
Lisa S. Simpson                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin          Page 1 of 2          Date Rcvd: Jun 12, 2020
                             Form ID: 3180W        Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2020.
db              +Lisa S. Simpson,   5913 Colgate Street,   Philadelphia, PA 19120-1205
13504754        +Department Stores National Bank For Macys Branded,   Bankruptcy Processing,   Po Box 8053,
                 Mason, OH 45040-8053
13504752        +Department Stores National Bank For Macys Visa Bra,   Bankruptcy Processing,   Po Box 8053,
                 Mason, OH 45040-8053
13528339        +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
13508025        +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,   PHFA Loan Servicing Division,
                 211 North Front Street,   Harrisburg, Pennsylvania 17101-1466

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Jun 13 2020 03:47:34     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 13 2020 03:47:22
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 13 2020 03:47:33     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13497513         EDI: AIS.COM Jun 13 2020 07:48:00     American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,   PO Box 248848,   Oklahoma City, OK  73124-8848
13539369         EDI: AIS.COM Jun 13 2020 07:48:00     American InfoSource LP as agent for,   Verizon,
                 PO Box 248838,   Oklahoma City, OK  73124-8838
13506464         E-mail/Text: Bankruptcy.RI@Citizensbank.com Jun 13 2020 03:47:14     Citizens Bank,
                 443 Jefferson Blvd,   RJW 135,   Warwick RI 02886
13590766         E-mail/Text: megan.harper@phila.gov Jun 13 2020 03:47:35     City of Philadelphia,
                 Law Department  Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13586023        +E-mail/Text: megan.harper@phila.gov Jun 13 2020 03:47:34
                 CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,   MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,   PHILADELPHIA, PA 19102-1640
13504753        +EDI: TSYS2.COM Jun 13 2020 07:48:00     Department Stores National Bank For Bloomingdales,
                 Bankruptcy Processing,   Po Box 8053,   Mason, OH 45040-8053
13571698         EDI: PRA.COM Jun 13 2020 07:48:00     Portfolio Recovery Associates, LLC,   POB 41067,
                 Norfolk VA 23541
                                                                                   TOTAL: 10


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2020                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2020 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al...
           agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
          DAVID M. OFFEN    on behalf of Debtor Lisa S. Simpson dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          LEON P. HALLER    on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          LEON P. HALLER    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          MARTIN A. MOONEY    on behalf of Creditor   Toyota Motor Credit Corporation
           lgadomski@schillerknapp.com,  kcollins@schillerknapp.com

```
District/off: 0313-2            User: admin              Page 2 of 2              Date Rcvd: Jun 12, 2020
                                Form ID: 3180W           Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

       REBECCA ANN SOLARZ   on behalf of Creditor   Pennsylvania Housing Finance Agency
        bkgroup@kmllawgroup.com
       THOMAS I. PULEO   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al...
        tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
        philaecf@gmail.com
       WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com

                                         TOTAL: 10

| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Lisa S. Simpson** | Social Security number or ITIN **xxx–xx–7719** |
| First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Social Security number or ITIN  _ _ _ _ |
| First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | |
| Case number:  **15–11806–mdc** | |

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Lisa S. Simpson

6/11/20

**By the court:**   Magdeline D. Coleman
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                              **Chapter 13 Discharge**                              page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**