United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Lisa S. Simpson
     Debtor

Case No. 15-11806-mdc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: TashaD     Page 1 of 1     Date Rcvd: Jun 15, 2020
                            Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2020.
db         +Lisa S. Simpson,   5913 Colgate Street,   Philadelphia, PA 19120-1205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2020                                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2020 at the address(es) listed below:
           ANDREW F GORNALL   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al...
            agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
           DAVID M. OFFEN   on behalf of Debtor Lisa S. Simpson dmo160west@gmail.com,
            davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
           LEON P. HALLER   on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,
            dmaurer@pkh.com;mgutshall@pkh.com
           LEON P. HALLER   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,
            dmaurer@pkh.com;mgutshall@pkh.com
           MARTIN A. MOONEY   on behalf of Creditor   Toyota Motor Credit Corporation
            lgadomski@schillerknapp.com,  kcollins@schillerknapp.com
           REBECCA ANN SOLARZ   on behalf of Creditor   Pennsylvania Housing Finance Agency
            bkgroup@kmllawgroup.com
           THOMAS I. PULEO   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al...
            tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
           WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
            philaecf@gmail.com
           WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                       TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Lisa S. Simpson : Case No. 15–11806–mdc
    Debtor(s)

***ORDER***
_____

AND NOW, this day , June 15, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

54
Form 195